UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SINMAAS SHIPSTORES (U.S.A.), INC., ET AL.** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NUMBER  05-2752** |
| **WRIST USA (HOUSTON), INC., ET AL.** | * | **SECTION "L" (4)** |

### ORDER

IT IS ORDERED that Ove Wrist & Co. A/S's Rule 12(b)(2) Motion to Dismiss for Lack of Personal Jurisdiction and for Insufficiency of Process and Service of Process (Rec. Doc. 20) is DENIED AS MOOT.

New Orleans, Louisiana, this   1st   day of   August  , 2006.

_____
UNITED STATES DISTRICT JUDGE

JS10(00:20)